# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. _____

BERNARD LUGO,

    Plaintiff,

v.

AKAMAI TECHNOLOGIES, INC.,

    Defendant.
_____/

## DECLARATION OF SUSAN CASTERLINE IN SUPPORT OF DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

I, Susan Casterline, certify under penalty of perjury as follows:

1. My name is Susan Casterline and I am over eighteen years of age and competent to testify as to the matters set forth in this Declaration, which are true and accurate based upon my own personal knowledge or information obtained from corporate records.

2. I am currently employed by Akamai Technologies, Inc. as the Senior Paralegal.

3. Akamai Technologies, Inc. ("Defendant") is a foreign for-profit corporation.

4. Defendant is incorporated in Delaware and its principal place of business is in Massachusetts. The Massachusetts headquarters is the center of management, and all of the company's general policies and procedures are formulated there. The company's officers direct, control, and coordinate the company's activities out of Massachusetts.

5. Plaintiff Bernard Lugo was employed by Defendant, from April 11, 2016 until February 9, 2022. At the time of Mr. Lugo's termination, he was earning at least $76,458.85 per year (or approximately $1,470.36 per week).

6. Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 24, 2023.

_____
SUSAN CASTERLINE

4860-5032-1229, v. 1